```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 27521
   PETRANELLA S DANIEL
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9163


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/14/08 .

     2.  The case was converted to Chapter 7 without confirmation, 12/11/2008.

---------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG        .00             .00             .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE  NOT FILED             .00             .00
ALLIED INTERSTATE         UNSECURED      NOT FILED             .00             .00
RAB INC                   UNSECURED      NOT FILED             .00             .00
ASSOCIATED RECOVERY SYST  UNSECURED      NOT FILED             .00             .00
AMERICAN RECOVERY SYSTEM  UNSECURED      NOT FILED             .00             .00
TATE & KIRLIN ASSOC       UNSECURED      NOT FILED             .00             .00
FIRST FINANCIAL           UNSECURED      NOT FILED             .00             .00
CREDIT COLLECTION SERVIC  UNSECURED      NOT FILED             .00             .00
CENTRAL ADJUSTMENT BUREA  UNSECURED      NOT FILED             .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED       OTHER           TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00         .00             .00
PRINCIPAL PAID         .00         .00          .00         .00             .00
INTEREST PAID          .00         .00          .00         .00             .00
TOTAL PAID             .00         .00          .00         .00             .00
The Debtor's attorney, JAY M REESE              , was allowed $          .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated:  02/18/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 27521 PETRANELLA S DANIEL
```